UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL    'O'

| Case No. | 2:14-cv-04821-CAS(JPRx) | Date | December 28, 2017 |
|---|---|---|---|
| Title | CHRIS LANGER v. BONNIE PLAZA LLC ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present    Not Present

**Proceedings:**    (IN CHAMBERS) – PLAINTIFF'S MEMORANDUM OF COSTS AFTER JUDGMENT (Filed November 8, 2015, dkt. 16 & Ex. 1)

On September 21, 2015, the Court granted plaintiff Chris Langer's application for default judgment against defendant Bonnie Plaza LLC in the amount of $8,160.00, and ordered defendant to provide a van accessible parking space located at the property on 1825 W. 6th Street, Los Angeles, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines. Dkt. 15.

On November 8, 2015, plaintiff's counsel, Dennis Price, filed a declaration and submitted a Memorandum of Costs after Judgment. Dkt. 16. Price attests that he spent 1.5 hours of post-judgment work preparing the abstract, writ researching, and preparing the instant filing, that his hourly rate is $300, and that he is therefore entitled to $450.00 in attorneys' fees pursuant to Cal. Code Civ. Proc. § 685.040. Id. ¶ 11–13.

On November 30, 2015, plaintiff filed an acknowledgment of full satisfaction of judgment. Dkt. 17.

Cal. Code Civ. Proc. § 685.040 provides that a judgment creditor is entitled to the "reasonable and necessary costs of enforcing a judgment." The judgment creditor may seek to recover attorneys' fees incurred in enforcing a judgment by either filing a memorandum of costs or by serving a noticed motion. Carnes v. Zamani, 488 F.3d 1057, 1060 (9th Cir. 2007). The Court finds that plaintiff's request for attorneys' fees in the sum of $450.00 appear to be unreasonable for preparation of an abstract of judgment and the instant filing. It is unclear why such ministerial work could not be performed by a paralegal, and no showing has been made to support the need for an attorney to prepare the abstract and filing.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**     'O'

| Case No. | 2:14-cv-04821-CAS(JPRx) | Date | December 28, 2017 |
|---|---|---|---|
| Title | CHRIS LANGER v. BONNIE PLAZA LLC ET AL. | | |

As such, the request for $450.00 in attorneys' fees pursuant to Cal. Code Civ. Proc. § 685.040 is **DENIED**.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |